THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) | |
| ) | |
| Mark W. Prince ) | |
| ) | |
|       Relator/Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 5:13-CV-00045 |
| ) | |
| Virginia Resources Authority, ) | |
| ) | |
| & Others to be determined. ) | |
| ) | |
|       Defendants. ) | |

## Motion To Dismiss

COMES NOW Defendant Virginia Resources Authority, by counsel, pursuant to Fed. R. Civ. P. 12(b)(2) and (b)(6) and moves to dismiss the complaint against it for the reasons stated in the accompanying memorandum of law.

                                                            Respectfully submitted,

                                                            <u>/s/ Jeffrey M. Summers</u>
                                                            Of Counsel to the
                                                            Virginia Resources Authority

Jeffrey M. Summers, VSB#45905
The Law Office of Jeffrey M. Summers, PLLC
6802 Paragon Place, Suite 410
Richmond, Virginia 23230-1655
Tel: (804) 477-1793
Fax: (8660 936-6906
Email: jmsummers@appeals-va.com

**Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing was served via e-mail to the United States of America Attorney General for the Western District of Virginia to Sara Bugbee Winn, Assistant United States Attorney at Sara.Winn@usdoj.gov and Jay Majors, United States Attorney General's Office Civil Division at jay.majors@usdoj.gov and to Mark W. Prince, Pro Se at mark@sunpeakusa.com.

                                            /s/ Jeffrey M. Summers
                                            Jeffrey M. Summers